# United States Court of Appeals
## For the First Circuit

---

No. 00-1611

JUAN FRANCISCO ROJAS-REYNOSO,

Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

---

ERRATA SHEET

The opinion of this court, issued on December 21, 2000, should be amended as follows:

On slip opinion page 6, line 19, "March 19, 1996" should be deleted and replaced with "March 18, 1996"

On slip opinion page 6, line 21, "August 27, 1997" should be deleted and replaced with "August 21, 1997"

On slip opinion page 10, line 1 of footnote 6, "August 17, 1997" should be deleted and replaced with "August 21, 1997"

On slip opinion pages 9-10, the footnotes should be renumbered accordingly starting after note 5.